UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                               4:13-CR-00036-BRW

JAMES WELDON KING

## PRELIMINARY ORDER OF FORFEITURE

As the result of Defendant's guilty plea entered on December 13, 2013, and under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 5872 Defendant must forfeit to the United States the following firearms:

(1) A F.I.E. Model Titan 25 caliber pistol, Serial Number: D962987;

(2) An AK-47 type machine gun 7.62 x 39 caliber rifle, function fully-automatic, with a barrel length of 33.25 inches, Serial Number: BP29456;

(3) Handgun, Mnf: (PAC) Shooters Arms Manufacturing, Inc., Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: PAC50055;

(4) Handgun, Mnf: Smith & Wesson, Type: Revolver, Model: 30, Cal: 32, Serial Number: 695972;

(5) Handgun, Mnf: (PAC) Shooters Arms Manufacturing, Inc., Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: PAC50042;

(6) Handgun, Mnf: (High Standard) Armscor Of The Philippines (Squires Bingham), Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: HS1069125;

(7) Shotgun, Mnf: Remington Arms Company, Inc., Type: Shotgun, Model: 870, Cal: 12, Serial Number: 1201745V;

(8) Handgun, Mnf: (Charles Dailey) Armscor Of The Philippines (Squires Bingham), Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: CD001251;

(9) Handgun, Mnf: (PAC) Shooters Arms Manufacturing, Inc., Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: PAC50043;

(10) Assault Weapon (Crime Bill), Mnf: Romarm/Cugir, Type: Pistol, Model: Draco, Cal: 762, Serial Number: DR-1595-09 RO;

(11)   Assault Weapon (Crime Bill), Mnf: Kt Ordance (80% Finished When Shipped), Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: PK06125;

(12)   Rifle, Mnf: Remington Arms Company, Inc., Type: Rifle, Model: 700, Cal: 7mm Magnum, Serial Number: A6504018;

(13)   Shotgun, Mnf: Rogers Arms Company, Type: Shotgun, Model: Double Barrel, Cal: 12, Serial Number: 2021;

(14)   Shotgun, Mnf: Iver Johnson, Type: Shotgun, Model: Champion, Cal: 12, Serial Number: BUBB;

(15)   Shotgun, Mnf: Ithaca Gun Co., Type: Shotgun, Model: 37, Cal: 12, Serial Number: 555834-4;

(16)   Shotgun, Mnf: Mossberg, Type: Shotgun, Model: 500, Cal: 12, Serial Number: None;

(17)   Handgun, Mnf: (PAC) Shooters Arms Manufacturing, Inc., Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: PAC50046;

(18)   Rifle, Mnf: Henry Repeating Rifle Company, Type: Rifle, Model: H001 Lever Action, Cal: 22, Serial Number: 111239;

(19)   Rifle, Mnf: Remington Arms Company, Inc., Type: Rifle, Model: 522, Cal: 22, Serial Number: 258080;

(20)   Rifle, Mnf: Marlin Firearms Co., Type: Rifle, Model: 101, Cal: 22, Serial Number: None (Pre-1968) Marked Sears;

(21)   Rifle, Mnf: Springfield Firearms Corporation, Type: Rifle, Model: 87A, Cal: 22, Serial Number: None  (Pre-1968);

(22)   Rifle, Mnf: Winchester, Type: Rifle, Model: 94AE, Cal: 30-30, Serial Number: 6213271;

(23)   Rifle, Mnf: Remington Arms Company, Inc., Type: Rifle, Model: 522, Cal: 22, Serial Number: 1997266;

(24)   Shotgun, Mnf: Remington Arms Company, Inc., Type: Shotgun, Model: 1100, Cal: 12, Serial Number: N904192V;

(25)   Rifle, Mnf: Savage (J. Stevens), Type: Shotgun, Model: 235, Cal: 12, Serial Number: A45274. (Old Double Barrel);

(26)   Shotgun, Mnf: Remington Arms Company, Inc., Type: Shotgun, Model: 870, Cal: 12, Serial Number: 438534W;

(27) Rifle, Mnf: Marlin Firearms Co., Type: Rifle, Model: 60, Cal: 22, Serial Number: 05287365;

(28) Rifle, Mnf: Marlin Firearms Co., Type: Rifle, Model: 336, Cal: 35, Serial Number: 24102873;

(29) Handgun, Mnf: Fie, Type: Derringer, Model: Panzer, Cal: 22, Serial Number: P04941;

(30) Rifle, Mnf: Unknown Manufacturer, Type: Rifle, Model: Unknown Type, Cal: .50, Serial Number: None (.50 Caliber Single Shot Rifle)

(31) Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: AO60429. (Partially De-Milled/Welded);

(32) Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: S325591. (Welded Together From De-Milled Receiver);

(33) Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: AO64204. (Partially De-Milled/Welded);

(34) Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: Unknown Type, Cal: ZZ, Serial Number: AO66635 (Partially De-Milled/Welded);

(35) Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: Unknown Type, Cal: ZZ, Serial Number: AO58791 (Partially De-Milled/Welded);

(36) Shotgun, Mnf: Smith & Wesson, Type: Shotgun, Model: 916T, Cal: 12, Serial Number: 5B9232;

(37) Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: S318855. (Partially Milled Receiver);

(38) Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: S283347. (Partially Milled Receiver);

(39) Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Receiver/Frame, Model: SLR100 AK47 Type, Cal: 7.62x39, Serial Number: MD0414. (Third Hole Drilled For Auto Sear);

(40) Rifle, Mnf: Arsenal Co. Bulgaria, Type: Receiver/Frame, Model: SLR100, AK47 Type, Cal: 7.62x39, Serial Number: MR2524;

(41) Rifle, Mnf: Unknown Manufacturer, Type: Receiver/Frame, Model: AR-15 Type, Cal: .223, Serial Number: None. (Partially Milled);

(42) Rifle, Mnf: Arsenal Co. Bulgaria, Type: Receiver/Frame, Model: SLR 100, AK47 Type, Cal: 7.62x39, Serial Number: MR2525;

(43) Rifle, Mnf: Arsenal Co. Bulgaria, Type: Receiver/Frame, Model: SLR 100 AK47 Type, Cal: 7.62x39, Serial Number: HR2523;

(44) Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: AO60469. (Partially De-Milled);

(45) Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1 , Cal: 45, Serial Number: 348359 (Partially De-Milled);

(46) Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: 776834. (Partially De-Milled);

(47) Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39, Serial Number: MD0092;

(48) Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39, Serial Number: MD186;

(49) Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39, Serial Number: MD0303;

(50) Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39, Serial Number: MD0107;

(51) Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: KT6313;

(52) Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: KP5114;

(53) Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: Dh6218;

(54) Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: BR45245;

(55) Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: EM0338;

(56) Rifle, Mnf: Russian, Type: Rifle, Model: Mosin Nagant, Cal: 762, Serial Number: A4567. (Receiver And Partial Barrel Only/Barrel Cut To Approximately 12 Inches);

(57) Firearm Parts And Accessories, Four Suspected Ak-47 Machine Gun Receivers. (To Be Examined By ATF Firearms Technology Branch); and

 (58) Machine-Gun, Mnf: USA Military Surplus, Type: Machine Gun, Unknown Model, Cal: 762, Serial Number: 491217.

(collectively "property subject to forfeiture").

 1. The United States Attorney General (or a designee) is authorized to seize the above-listed property and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, in accordance with Federal Rule of Criminal Procedure 32.2(b)(3).  Further, the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

 2. The United States must publish notice of this Order and the United States' intent to dispose of the property subject to forfeiture in such a manner as the United States Attorney General (or a designee) may direct.  The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the property subject to forfeiture.

 3. Any person, other than Defendant, asserting a legal interest in the property subject to forfeiture may petition the Court for a hearing without a jury to adjudicate the validity of his or her alleged interest in the property and for an amendment of this Order.  *See* 21 U.S.C. § 853(n)(2).  This petition must be filed within 30 days of the final publication of notice or receipt of notice, whichever is earlier.  *Id.*

 4. This Preliminary Order of Forfeiture becomes final as to Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  Fed. R. Crim P. 32.2(b)(4)(A).  If no third party files a timely claim, this Order shall become the Final Order of Forfeiture.  Fed. R. Crim. P. 32.2(c)(2).

 5. Any petition filed by a third party asserting an interest in the property subject to

forfeiture must be signed by the petitioner under penalty of perjury and must set forth the nature and extent of the petitioner's right, title, or interest in the property subject to forfeiture, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property subject to forfeiture, any additional facts supporting the petitioner's claim and the relief sought.

6. After the disposition of any motion filed under Federal Rule of Criminal Procedure 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

7. The United States will have clear title to the property subject to forfeiture following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided for the filing of third party petitions.

8. The Court retains jurisdiction to enforce this Order and to amend it as necessary. *See* Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED this 19th day of December, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE