IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                              No. 4:13CR00036 BRW

JAMES WELDON KING

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States motion for final order of forfeiture (Dkt. 66). On December 19, 2013, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following property:

(1)     A F.I.E. Model Titan 25 caliber pistol, Serial Number: D962987;

(2)     An AK-47 type machine gun 7.62 x 39 caliber rifle, function fully-automatic, with a barrel length of 33.25 inches, Serial Number: BP29456;

(3)     Handgun, Mnf: (PAC) Shooters Arms Manufacturing, Inc., Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: PAC50055;

(4)     Handgun, Mnf: Smith & Wesson, Type: Revolver, Model: 30, Cal: 32, Serial Number: 695972;

(5)     Handgun, Mnf: (PAC) Shooters Arms Manufacturing, Inc., Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: PAC50042;

(6)     Handgun, Mnf: (High Standard) Armscor Of The Philippines (Squires Bingham), Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: HS1069125;

(7)     Shotgun, Mnf: Remington Arms Company, Inc., Type: Shotgun, Model: 870, Cal: 12, Serial Number: 1201745V;

(8)     Handgun, Mnf: (Charles Dailey) Armscor Of The Philippines (Squires Bingham), Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: CD001251;

(9)     Handgun, Mnf: (PAC) Shooters Arms Manufacturing, Inc., Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: PAC50043;

(10)    Assault Weapon (Crime Bill), Mnf: Romarm/Cugir, Type: Pistol, Model: Draco, Cal: 762, Serial Number: DR-1595-09 RO;

(11) Assault Weapon (Crime Bill), Mnf: Kt Ordance (80% Finished When Shipped), Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: PK06125;

(12) Rifle, Mnf: Remington Arms Company, Inc., Type: Rifle, Model: 700, Cal: 7mm Magnum, Serial Number: A6504018;

(13) Shotgun, Mnf: Rogers Arms Company, Type: Shotgun, Model: Double Barrel, Cal: 12, Serial Number: 2021;

(14) Shotgun, Mnf: Iver Johnson, Type: Shotgun, Model: Champion, Cal: 12, Serial Number: BUBB;

(15) Shotgun, Mnf: Ithaca Gun Co., Type: Shotgun, Model: 37, Cal: 12, Serial Number: 555834-4;

(16) Shotgun, Mnf: Mossberg, Type: Shotgun, Model: 500, Cal: 12, Serial Number: None;

(17) Handgun, Mnf: (PAC) Shooters Arms Manufacturing, Inc., Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: PAC50046;

(18) Rifle, Mnf: Henry Repeating Rifle Company, Type: Rifle, Model: H001 Lever Action, Cal: 22, Serial Number: 111239;

(19) Rifle, Mnf: Remington Arms Company, Inc., Type: Rifle, Model: 522, Cal: 22, Serial Number: 258080;

(20) Rifle, Mnf: Marlin Firearms Co., Type: Rifle, Model: 101, Cal: 22, Serial Number: None (Pre-1968) Marked Sears;

(21) Rifle, Mnf: Springfield Firearms Corporation, Type: Rifle, Model: 87A, Cal: 22, Serial Number: None  (Pre-1968);

(22) Rifle, Mnf: Winchester, Type: Rifle, Model: 94AE, Cal: 30-30, Serial Number: 6213271;

(23) Rifle, Mnf: Remington Arms Company, Inc., Type: Rifle, Model: 522, Cal: 22, Serial Number: 1997266;

(24) Shotgun, Mnf: Remington Arms Company, Inc., Type: Shotgun, Model: 1100, Cal: 12, Serial Number: N904192V;

(25) Rifle, Mnf: Savage (J. Stevens), Type: Shotgun, Model: 235, Cal: 12, Serial Number: A45274. (Old Double Barrel);

(26) Shotgun, Mnf: Remington Arms Company, Inc., Type: Shotgun, Model: 870, Cal: 12, Serial Number: 438534W;

(27)     Rifle, Mnf:  Marlin Firearms Co., Type: Rifle, Model:  60, Cal: 22, Serial Number: 05287365;

(28)     Rifle, Mnf:  Marlin Firearms Co., Type: Rifle, Model:  336, Cal: 35, Serial Number: 24102873;

(29)     Handgun, Mnf:  Fie, Type: Derringer, Model:  Panzer, Cal: 22, Serial Number: P04941;

(30)     Rifle, Mnf:  Unknown Manufacturer, Type: Rifle, Model:  Unknown Type, Cal: .50, Serial Number: None (.50 Caliber Single Shot Rifle)

(31)     Machine-Gun, Mnf:  Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: AO60429. (Partially De-Milled/Welded);

(32)     Machine-Gun, Mnf:  Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: S325591. (Welded Together From De-Milled Receiver);

(33)     Machine-Gun, Mnf:  Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: AO64204. (Partially De-Milled/Welded);

(34)     Machine-Gun, Mnf:  Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: Unknown Type, Cal: ZZ, Serial Number: AO66635 (Partially De-Milled/Welded);

(35)     Machine-Gun, Mnf:  Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: Unknown Type, Cal: ZZ, Serial Number: AO58791 (Partially De-Milled/Welded);

(36)     Shotgun, Mnf:  Smith & Wesson, Type: Shotgun, Model:  916T, Cal: 12, Serial Number: 5B9232;

(37)     Machine-Gun, Mnf:  Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: S318855. (Partially Milled Receiver);

(38)     Machine-Gun, Mnf:  Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: S283347. (Partially Milled Receiver);

(39)     Machine-Gun, Mnf:  Arsenal Co. Bulgaria, Type: Receiver/Frame, Model: SLR100 AK47 Type, Cal: 7.62x39, Serial Number: MD0414. (Third Hole Drilled For Auto Sear);

(40)     Rifle, Mnf:  Arsenal Co. Bulgaria, Type: Receiver/Frame, Model: SLR100, AK47 Type, Cal: 7.62x39, Serial Number: MR2524;

(41)     Rifle, Mnf:  Unknown Manufacturer, Type: Receiver/Frame, Model:  AR-15 Type, Cal: .223, Serial Number: None. (Partially Milled);

(42)     Rifle, Mnf:  Arsenal Co. Bulgaria, Type: Receiver/Frame, Model:  SLR 100, AK47 Type, Cal: 7.62x39, Serial Number: MR2525;

(43) Rifle, Mnf: Arsenal Co. Bulgaria, Type: Receiver/Frame, Model: SLR 100 AK47 Type, Cal: 7.62x39, Serial Number: HR2523;

(44) Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: AO60469. (Partially De-Milled);

(45) Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1 , Cal: 45, Serial Number: 348359 (Partially De-Milled);

(46) Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: 776834. (Partially De-Milled);

(47) Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39, Serial Number: MD0092;

(48) Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39, Serial Number: MD186;

(49) Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39, Serial Number: MD0303;

(50) Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39, Serial Number: MD0107;

(51) Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: KT6313;

(52) Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: KP5114;

(53) Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: Dh6218;

(54) Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: BR45245;

(55) Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: EM0338;

(56) Rifle, Mnf: Russian, Type: Rifle, Model: Mosin Nagant, Cal: 762, Serial Number: A4567. (Receiver And Partial Barrel Only/Barrel Cut To Approximately 12 Inches);

(57) Firearm Parts And Accessories, Four Suspected Ak-47 Machine Gun Receivers. (To Be Examined By ATF Firearms Technology Branch); and

(58) Machine-Gun, Mnf: USA Military Surplus, Type: Machine Gun, Unknown Model, Cal: 762, Serial Number: 491217.

(collectively "property subject to forfeiture").

The United States published notice of this forfeiture and of the United States' intent to dispose of the property in accordance with the law and as specified in the Preliminary Order. *See* Notice of Publication (Dkt. 65). The United States posted its notice on the forfeiture website, internet address of **www.forfeiture.gov** for 30 consecutive days beginning on December 24, 2013 and ending on January 22, 2014. Further, the United States also notified all third parties of their right to petition the court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property. No one has filed a claim to the property subject to forfeiture, and the time for filing claims has expired.

Now the United States has petitioned the Court to enter a Final Order of Forfeiture, which will vest all right, title, and interest in the United States. The United States also asks that this Court authorize the United States Marshal or his designee to dispose of the property according to law.

It is hereby ordered that the property subject to forfeiture is forfeited to the United States. It is further ordered that all right, title, and interest in the property subject to forfeiture is hereby vested in the United States of America and shall be disposed of according to law. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS SO ORDERED this 25th day of February 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE