AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 13 2014
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| JAMES WELDON KING | ) | Case Number: 4:13-CR-00036-01-BRW |
| | ) | USM Number: 27463-009 |
| | ) | Mark Hampton |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  2.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 U.S.C. 5861(d) | Possession of an Unregistered Firearm | 1/30/2013 | 2 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)  1  ☑ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

3/13/2014
Date of Imposition of Judgment

_/s/ Bill Wilson_
Signature of Judge

BILLY ROY WILSON,                U.S. District Judge
Name and Title of Judge

3-13-2014
Date

AO 245B (Rev. 09/11) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 7

DEFENDANT: JAMES WELDON KING
CASE NUMBER: 4:13-CR-00036-01-BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

46 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in mental health counseling and educational and vocational programs during incarceration. The Court also recommends the defendant be designated to the institution located in Forrest City, AR or Memphis, TN.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: JAMES WELDON KING
CASE NUMBER: 4:13-CR-00036-01-BRW

Judgment—Page 3 of 7

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
2 years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: JAMES WELDON KING
CASE NUMBER: 4:13-CR-00036-01-BRW

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

DEFENDANT: JAMES WELDON KING
CASE NUMBER: 4:13-CR-00036-01-BRW

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: JAMES WELDON KING
CASE NUMBER: 4:13-CR-00036-01-BRW

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ 100.00 due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance    ☐ C,    ☐ D,    ☐ E, or    ☐ F below; or

B ☐ Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:

A F.I.E. Model Titan 25 caliber pistol, Serial #: D962987; AK-47 type machine gun 7.62 x 39 caliber rifle, function fully-automatic, barrel length of 33.25 inches, Serial #: BP29456; Handgun, Mnf: (PAC) Shooters Arms Manufacturing, Inc., Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial #: PAC50055; Handgun, Mnf: Smith & Wesson

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT: JAMES WELDON KING
CASE NUMBER: 4:13-CR-00036-01-BRW

Judgment—Page 7 of 7

# ADDITIONAL FORFEITED PROPERTY

Type: Revolver, Model: 30, Cal: 32, Serial #:695972; Handgun, Mnf: (PAC) Shooters Arms Mnf., Inc.,Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial #: PAC50042; Handgun, Mnf: (High Standard) Armscor-Philippines (Squires Bingham),Type:Receiver/Frame, Model: 1911A1, Cal: 45, Serial #: HS1069125; Shotgun, Mnf: Remington Arms, Inc.,Type: Shotgun, Model: 870, Cal: 12, Serial#:1201745V; Handgun, Mnf: (Charles Dailey) Armscor-Philippines (Squires Bingham),Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial #:CD001251;Handgun, Mnf: (PAC) Shooters Arms Mnf.,Type:Receiver/Frame, Model:1911A1, Cal: 45, Serial #: PAC50043; Assault Weapon (Crime Bill), Mnf: Romarm/Cugir, Type: Pistol, Model: Draco, Cal:762, Serial #: DR-1595-09 RO; Assault Weapon (Crime Bill), Mnf: Kt Ordance (80% Finished When Shipped), Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial #: PK06125; Rifle, Mnf: Remington Arms,Type: Rifle, Model: 700, Cal: 7mm Magnum, Serial #: A6504018; Shotgun, Mnf: Rogers Arms Co.,Type: Shotgun, Model: Double Barrel, Cal: 12,Serial #: 2021; Shotgun, Mnf: Iver Johnson,Type: Shotgun, Model: Champion, Cal: 12, Serial #:BUBB; Shotgun, Mnf: Ithaca Gun Co.,Type: Shotgun, Model: 37, Cal: 12, Serial #:555834-4; Shotgun, Mnf: Mossberg,Type: Shotgun, Model: 500, Cal: 12, Serial #: None;Handgun, Mnf: (PAC) Shooters Arms Mnf.,Type:Receiver/Frame, Model:1911A1, Cal: 45, Serial #: PAC50046; Rifle, Mnf: Henry Repeating Rifle Co.,Type: Rifle, Model: H001 Lever Action, Cal: 22, Serial #: 111239; Rifle, Mnf: Remington Arms Co.,Type: Rifle, Model: 522, Cal: 22, Serial #: 258080; Rifle, Mnf: Marlin Firearms Co.,Type: Rifle, Model: 101, Cal: 22, Serial #: None (Pre-1968) Marked Sears; Rifle, Mnf: Springfield Firearms Corp.,Type: Rifle, Model: 87A, Cal: 22, Serial #: None (Pre-1968);Rifle, Mnf: Winchester, Type: Rifle, Model: 94AE, Cal: 30-30, Serial #: 6213271; Rifle, Mnf: Remington Arms,Type: Rifle, Model: 522, Cal: 22, Serial #: 1997266; Shotgun, Mnf: Remington Arms,Type: Shotgun, Model: 1100, Cal: 12, Serial #: N904192V; Rifle, Mnf: Savage (J. Stevens), Type:Shotgun, Model: 235, Cal: 12, Serial #: A45274. (Old Double Barrel); Shotgun, Mnf: Remington Arms, Type: Shotgun, Model: 870, Cal: 12, Serial #: 438534W; Rifle, Mnf: Marlin Firearms Co.,Type: Rifle, Model: 60, Cal: 22, Serial #: 05287365; Rifle, Mnf: Marlin Firearms Co., Type: Rifle, Model: 336, Cal: 35, Serial #:24102873; Handgun, Mnf: Fie, Type:Derringer, Model: Panzer, Cal: 22, Serial #: P04941; Rifle, Mnf: Unkwn Mnf.Type: Rifle, Model: Unkwn Type, Cal: .50, Serial #: None (.50 Caliber Single Shot Rifle) Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type:Receiver/Frame, Model: 1928A1, Cal: 45, Serial #: AO60429. (Partially De-Milled/Welded);Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial #: AO60429. (Partially De-Milled/Welded); Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial #: S325591.(Welded Together From De-Milled Receiver); Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model:1928A1, Cal: 45, Serial #: AO64204. (Partially De-Milled/Welded); Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: Unknwn Type, Cal: ZZ, Serial #: AO66635 (Partially De-Milled/Welded); Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type:Receiver/Frame, Model: Unkwn Type, Cal: ZZ, Serial #: AO58791 (Partially De-Milled/Welded); Shotgun, Mnf: Smith & Wesson, Type: Shotgun, Model: 916T, Cal: 12, Serial #: 5B9232; Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial #: S318855. (Partially Milled Receiver); Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model:1928A1, Cal: 45, Serial #: S283347. (Partially Milled Receiver); Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Receiver/Frame, Model: SLR100 AK47 Type, Cal: 7.62x39, Serial #: MD0414. (Third Hole Drilled For Auto Sear); Rifle, Mnf: Arsenal Co. Bulgaria, Type: Receiver/Frame, Model: SLR100, AK47 Type,Cal: 7.62x39, Serial #: MR2524; Rifle, Mnf: Unknwn Mnf.,Type: Receiver/Frame, Model: AR-15 Type, Cal:.223, Serial #: None. (Partially Milled); Rifle, Mnf: Arsenal Co. Bulgaria,Type: Receiver/Frame, Model: SLR 100, AK47 Type, Cal: 7.62x39, Serial #: MR2525; Rifle, Mnf: Arsenal Co. Bulgaria,Type: Receiver/Frame, Model: SLR 100 AK47 Type,Cal: 7.62x39, Serial #: HR2523; Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame,Model:1928A1, Cal: 45, Serial #:AO60469. (Partially De-Milled); Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type:Receiver/Frame, Model:1928A1, Cal: 45, Serial #: 348359 (Partially De-Milled); Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type:Receiver/Frame, Model:1928A1, Cal: 45, Serial #: 776834. (Partially De-Milled);Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39,Serial #: MD0092; Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39,Serial #: MD186; Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39,Serial #: MD0303; Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39,Serial #: MD0107;Machine-Gun, Mnf: Unknown, Type: Machine Gun, Model: AK47 Type,Cal: 7.62x39, Serial #: KT6313;Machine-Gun, Mnf: Unknown, Type: Machine Gun, Model: AK47 Type,Cal: 7.62x39, Serial # KP5114;Machine-Gun, Mnf: Unknown, Type: Machine Gun, Model: AK47 Type,Cal: 7.62x39, Serial#: Dh6218;Machine-Gun, Unknown Mnf., Type: Machine Gun, Model: AK47 Type,Cal: 7.62x39, Serial#: BR45245;Machine-Gun, Unknown Mnf.,Type: Machine Gun, Model: AK47 Type,Cal: 7.62x39, Serial#: EM0338;Rifle, Mnf: Russian,Type: Rifle, Model: Mosin Nagant, Cal: 762,Serial #A4567.(Receiver And Partial Barrel Only/Barrel Cut To 12 Inches);Firearm Parts & Accessories, Four Suspected Ak-47 Machine Gun Receivers.Machine-Gun, Mnf: USA Military Surplus, Type: Machine gun, Uknwn Model, Cal:762, Serial #491217.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                  No. 4:13CR00036 BRW

JAMES WELDON KING

## FINAL ORDER OF FORFEITURE

Before the Court is the United States motion for final order of forfeiture (Dkt. 66). On December 19, 2013, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following property:

(1)     A F.I.E. Model Titan 25 caliber pistol, Serial Number: D962987;

(2)     An AK-47 type machine gun 7.62 x 39 caliber rifle, function fully-automatic, with a barrel length of 33.25 inches, Serial Number: BP29456;

(3)     Handgun, Mnf: (PAC) Shooters Arms Manufacturing, Inc., Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: PAC50055;

(4)     Handgun, Mnf: Smith & Wesson, Type: Revolver, Model: 30, Cal: 32, Serial Number: 695972;

(5)     Handgun, Mnf: (PAC) Shooters Arms Manufacturing, Inc., Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: PAC50042;

(6)     Handgun, Mnf: (High Standard) Armscor Of The Philippines (Squires Bingham), Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: HS1069125;

(7)     Shotgun, Mnf: Remington Arms Company, Inc., Type: Shotgun, Model: 870, Cal: 12, Serial Number: 1201745V;

(8)     Handgun, Mnf: (Charles Dailey) Armscor Of The Philippines (Squires Bingham), Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: CD001251;

(9)     Handgun, Mnf: (PAC) Shooters Arms Manufacturing, Inc., Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: PAC50043;

(10)    Assault Weapon (Crime Bill), Mnf: Romarm/Cugir, Type: Pistol, Model: Draco, Cal: 762, Serial Number: DR-1595-09 RO;

1

(11)   Assault Weapon (Crime Bill), Mnf: Kt Ordance (80% Finished When Shipped), Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: PK06125;

(12)   Rifle, Mnf: Remington Arms Company, Inc., Type: Rifle, Model: 700, Cal: 7mm Magnum, Serial Number: A6504018;

(13)   Shotgun, Mnf: Rogers Arms Company, Type: Shotgun, Model: Double Barrel, Cal: 12, Serial Number: 2021;

(14)   Shotgun, Mnf: Iver Johnson, Type: Shotgun, Model: Champion, Cal: 12, Serial Number: BUBB;

(15)   Shotgun, Mnf: Ithaca Gun Co., Type: Shotgun, Model: 37, Cal: 12, Serial Number: 555834-4;

(16)   Shotgun, Mnf: Mossberg, Type: Shotgun, Model: 500, Cal: 12, Serial Number: None;

(17)   Handgun, Mnf: (PAC) Shooters Arms Manufacturing, Inc., Type: Receiver/Frame, Model: 1911A1, Cal: 45, Serial Number: PAC50046;

(18)   Rifle, Mnf: Henry Repeating Rifle Company, Type: Rifle, Model: H001 Lever Action, Cal: 22, Serial Number: 111239;

(19)   Rifle, Mnf: Remington Arms Company, Inc., Type: Rifle, Model: 522, Cal: 22, Serial Number: 258080;

(20)   Rifle, Mnf: Marlin Firearms Co., Type: Rifle, Model: 101, Cal: 22, Serial Number: None (Pre-1968) Marked Sears;

(21)   Rifle, Mnf: Springfield Firearms Corporation, Type: Rifle, Model: 87A, Cal: 22, Serial Number: None  (Pre-1968);

(22)   Rifle, Mnf: Winchester, Type: Rifle, Model: 94AE, Cal: 30-30, Serial Number: 6213271;

(23)   Rifle, Mnf: Remington Arms Company, Inc., Type: Rifle, Model: 522, Cal: 22, Serial Number: 1997266;

(24)   Shotgun, Mnf: Remington Arms Company, Inc., Type: Shotgun, Model: 1100, Cal: 12, Serial Number: N904192V;

(25)   Rifle, Mnf: Savage (J. Stevens), Type: Shotgun, Model: 235, Cal: 12, Serial Number: A45274. (Old Double Barrel);

(26)   Shotgun, Mnf: Remington Arms Company, Inc., Type: Shotgun, Model: 870, Cal: 12, Serial Number: 438534W;

(27)   Rifle, Mnf: Marlin Firearms Co., Type: Rifle, Model: 60, Cal: 22, Serial Number: 05287365;

(28)   Rifle, Mnf: Marlin Firearms Co., Type: Rifle, Model: 336, Cal: 35, Serial Number: 24102873;

(29)   Handgun, Mnf: Fie, Type: Derringer, Model: Panzer, Cal: 22, Serial Number: P04941;

(30)   Rifle, Mnf: Unknown Manufacturer, Type: Rifle, Model: Unknown Type, Cal: .50, Serial Number: None (.50 Caliber Single Shot Rifle)

(31)   Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: AO60429. (Partially De-Milled/Welded);

(32)   Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: S325591. (Welded Together From De-Milled Receiver);

(33)   Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: AO64204. (Partially De-Milled/Welded);

(34)   Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: Unknown Type, Cal: ZZ, Serial Number: AO66635 (Partially De-Milled/Welded);

(35)   Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: Unknown Type, Cal: ZZ, Serial Number: AO58791 (Partially De-Milled/Welded);

(36)   Shotgun, Mnf: Smith & Wesson, Type: Shotgun, Model: 916T, Cal: 12, Serial Number: 5B9232;

(37)   Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: S318855. (Partially Milled Receiver);

(38)   Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: S283347. (Partially Milled Receiver);

(39)   Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Receiver/Frame, Model: SLR100 AK47 Type, Cal: 7.62x39, Serial Number: MD0414. (Third Hole Drilled For Auto Sear);

(40)   Rifle, Mnf: Arsenal Co. Bulgaria, Type: Receiver/Frame, Model: SLR100, AK47 Type, Cal: 7.62x39, Serial Number: MR2524;

(41)   Rifle, Mnf: Unknown Manufacturer, Type: Receiver/Frame, Model: AR-15 Type, Cal: .223, Serial Number: None. (Partially Milled);

(42)   Rifle, Mnf: Arsenal Co. Bulgaria, Type: Receiver/Frame, Model: SLR 100, AK47 Type, Cal: 7.62x39, Serial Number: MR2525;

(43)   Rifle, Mnf: Arsenal Co. Bulgaria, Type: Receiver/Frame, Model: SLR 100 AK47 Type, Cal: 7.62x39, Serial Number: HR2523;

(44)   Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: AO60469. (Partially De-Milled);

(45)   Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: 348359 (Partially De-Milled);

(46)   Machine-Gun, Mnf: Auto Ordnance West Hurley, NY, Type: Receiver/Frame, Model: 1928A1, Cal: 45, Serial Number: 776834. (Partially De-Milled);

(47)   Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39, Serial Number: MD0092;

(48)   Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39, Serial Number: MD186;

(49)   Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39, Serial Number: MD0303;

(50)   Machine-Gun, Mnf: Arsenal Co. Bulgaria, Type: Rifle, Model: SLR-100, Cal: 762x39, Serial Number: MD0107;

(51)   Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: KT6313;

(52)   Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: KP5114;

(53)   Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: Dh6218;

(54)   Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: BR45245;

(55)   Machine-Gun, Mnf: Unknown Manufacturer, Type: Machine Gun, Model: AK47 Type, Cal: 7.62x39, Serial Number: EM0338;

(56)   Rifle, Mnf: Russian, Type: Rifle, Model: Mosin Nagant, Cal: 762, Serial Number: A4567. (Receiver And Partial Barrel Only/Barrel Cut To Approximately 12 Inches);

(57)   Firearm Parts And Accessories, Four Suspected Ak-47 Machine Gun Receivers. (To Be Examined By ATF Firearms Technology Branch); and

(58)   Machine-Gun, Mnf: USA Military Surplus, Type: Machine Gun, Unknown Model, Cal: 762, Serial Number: 491217.

(collectively "property subject to forfeiture").

The United States published notice of this forfeiture and of the United States' intent to dispose of the property in accordance with the law and as specified in the Preliminary Order. *See* Notice of Publication (Dkt. 65). The United States posted its notice on the forfeiture website, internet address of **www.forfeiture.gov** for 30 consecutive days beginning on December 24, 2013 and ending on January 22, 2014. Further, the United States also notified all third parties of their right to petition the court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property. No one has filed a claim to the property subject to forfeiture, and the time for filing claims has expired.

Now the United States has petitioned the Court to enter a Final Order of Forfeiture, which will vest all right, title, and interest in the United States. The United States also asks that this Court authorize the United States Marshal or his designee to dispose of the property according to law.

It is hereby ordered that the property subject to forfeiture is forfeited to the United States. It is further ordered that all right, title, and interest in the property subject to forfeiture is hereby vested in the United States of America and shall be disposed of according to law. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS SO ORDERED this 25th day of February 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE